UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
HESSING, Ariel

Case No.: 20-17412  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____August 18, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 203 School Street
Green Brook, New Jersey

FMV=$394,000

Liens on property: Lien Amount=$370,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 20-17412-KCF
Ariel Hessing                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 1        Date Rcvd: Jul 15, 2020
                              Form ID: pdf905          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db             +Ariel Hessing,    203 School Street,    Green Brook, NJ 08812-2538
cr             +TD Bank, NA,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
518862407       Alltran Financial LP,    PO Box 4045,    Concord, CA 94524-4045
518862409      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
518862411      +Michael E. Brown, Esq.,    Dembo, Brown & Burns, LLP,    1300 Route 73, Suite 205,
                 Mt. Laurel, NJ 08054-2200
518862412       Northstar Locations Services LLC,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
518866235      +TD Bank, NA,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, New Jersey 08054-2200
518862415      #+Walnut Advisory Corp,    40 Technology Drive, Suite 2E,    Warren, NJ 07059-5148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518862408       E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2020 00:53:37     Ally,    PO Box 380901,
                 Bloomington, MN 55438-0901
518862410       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 16 2020 01:03:49     Chase,    PO Box 15123,
                 Wilmington, DE 19850-5123
518862413      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 16 2020 00:54:49     Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
518862414       E-mail/Text: bankruptcy@td.com Jul 16 2020 00:54:36     TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08034
                                                                                                TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
              David M. Taus    on behalf of Debtor Ariel  Hessing dtaus@deverotaus.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Kyle Francis Eingorn    on behalf of Creditor   TD Bank, NA keingorn@dbblegal.com
              Michael E. Brown    on behalf of Creditor   TD Bank, NA mbrown@dbblegal.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```